IN RE:      FILED     CASE NO. 08-50135

JOYCE A. FOX     2010 SEP 20 AM 11:46     CHAPTER 7

    Debtor     U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON     REPORT OF UNCLAIMED DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #102 was issued on June 17, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #115 to the Clerk of Courts in the amount of $45.00 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

    _/s/ Harold A. Corzin_
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@csu-law.com

September 10, 2010

cc: U. S. Trustee

# Stale Check Report

Trustee: HAROLD A. CORZIN (550340)
Case: 08-50135 - FOX, JOYCE A.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02162227-66 | 115 | 09/16/10 | U. S. BANKRUPTCY COURT | | | $45.00 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02162227-66 | 2 | 102 | 04/15/08 | 610 | Dr. Fish<br>3428 W. Market Street, Ste 100<br>Akron, OH 44333 | 477.00 | 477.00 | 45.00 | 45.00 |

ck # 115
receipt # 81788

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.