IN RE:       FILED      CASE NO. 08-50135

JOYCE A. FOX    2010 SEP 20 AM 11: 46     CHAPTER 7

    Debtor    U.S. BANKRUPTCY COURT
           NORTHERN DISTRICT OF OHIO    REPORT OF UNCLAIMED
               AKRON                   DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #101 was issued on June 17, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #114 to the Clerk of Courts in the amount of $756.12 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                           _____
                           HAROLD A. CORZIN, TRUSTEE
                           304 N. Cleveland-Massillon Road
                           Akron, Ohio 44333
                           (330) 670-0770
                           (330) 670-0297 Facsimile
                           Hcorzin@csu-law.com

September 10, 2010

cc:    U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 08-50135 - FOX, JOYCE A.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02162227-66 | 114 | 09/16/10 | U. S. BANKRUPTCY COURT | | | $756.12 *cancelled Payment* |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02162227-66 1 | 101 | | 04/16/08 | 610 | AKRON GENERAL MEDICAL CENTER<br>ATTN: PFS<br>PO BOX 931729<br>CLEVELAND, OH 44193 | 8,014.01 | 8,014.01 | 756.12 | 756.12 |

*handwritten:* ck #114    receipt # 81788

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.